**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
CAROLINE S. EMHARDT (SBN 321222)
*cemhardt@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
***Counsel for Plaintiffs***

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ANN ELDERS and REBECCA
CRAMPTON, on behalf of themselves, all
others similarly situated, and the general
public,

          Plaintiffs,

      v.

OCEAN SPRAY CRANBERRIES, INC.,

        Defendant.

24-CV-0565-BEN-VET

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(i)]**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Ann Elders and Rebecca Crampton ("Plaintiffs") voluntarily dismiss this action without prejudice.

Dated: April 29, 2024                              /s/ Jack Fitzgerald

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

***Counsel for Plaintiffs***

*Elders v. Ocean Spray Cranberries, Inc.*, No. 24-cv-0565-BEN-VET
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL